**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANA GAFNER, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>OASIS LEGAL FINANCE, LLC d/b/a OASIS FINANCIAL;<br>OFLC, LLC;<br>OASIS STRUCTURED SETTLEMENTS;<br>OASIS FINANCIAL HOLDING COMPANY LLC;<br>OASIS FINANCIAL OPERATING COMPANY, LLC;<br>and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:23-cv-00581-JXN-AME<br><br>**CERTIFICATION OF SERVICE** |

  I hereby certify that on the 24th day of April 2023, I caused a true and correct copy of following documents to be served on all counsel of record via electronic mail:

**DOCUMENTS SERVED**

(1)  **PLAINTIFF'S OPPOSITION BRIEF TO DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS**;
(2)  **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**; and
(3)  **PLAINTIFF'S OPPOSITION TO DEFENDANTS OASIS LEGAL FINANCE OPERATING COMPANY, LLC; OASIS LEGAL FINANCE HOLDING COMPANY, LLC; AND OFLC, LLC'S MOTION TO DISMISS**.

**SERVICE LIST**

Kaitlyn E. Stone
Email: kaitlyn.stone@btlaw.com
BARNES & THORNBURG LLP
67 East Park Place, Suite 500
Morristown, New Jersey 07960

Christine Skoczylas, Esq
Email: christine.skoczylas@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606

*Attorneys for Defendants, Oasis Legal Finance, LLC; OFLC, LLC; Oasis Legal Finance Operating Company, LLC; and Oasis Legal Finance Holding Company, LLC*

               KIM LAW FIRM LLC
               Attorneys for Plaintiff

               *s/Philip D. Stern*
               Philip D. Stern

DATED: April 25, 2023